Glenn Martell   D43029
Name and Prisoner/Booking Number

California Medical Facility
Place of Confinement

P.O. Box 2500
Mailing Address

Vacaville, CA  95696
City, State, Zip Code

**FILED**
JUL 01 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Glenn Martell                        )
(Full Name of Plaintiff)              )
                     Plaintiff,       )
                                      )
            v.                        )   CASE NO. **2:16-CV-1501   EFB PC**
California Correctional               )   (To be supplied by the Clerk)
(1) Health Care Services              )
(Full Name of Defendant)              )
(2) CDCR                              )
                                      )   **CIVIL RIGHTS COMPLAINT**
(3) _____          )   **BY A PRISONER**
                                      )
(4) _____          )   ☒ Original Complaint
                     Defendant(s).    )   ☐ First Amended Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them.
                                      )   ☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   - ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   - ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   - ☐ Other: _____.

2. Institution/city where violation occurred: Sacramento, California

## B. DEFENDANTS

1. Name of first Defendant: California Health Care Services. The first Defendant is employed as: _____ (Position and Title) at HEADQUARTERS (Institution).

2. Name of second Defendant: CDCR. The second Defendant is employed as: _____ (Position and Title) at HEADQUARTERS (Institution).

3. Name of third Defendant: _____. The third Defendant is employed as: _____ (Position and Title) at _____ (Institution).

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ (Position and Title) at _____ (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: **IV Amendment; Violation of the Confidentiality of my medical records and custodial records**.

2. Claim I. Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: **Breach of Medical Records**

3. Supporting Facts. State as briefly as possible the FACTS supporting Claim I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   EXHIBIT "A" which is a letter from California Correctional Health Care Services stating what occured and according to law all such information in California is mandated to be encryoted so this does not happen.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s). First, my private and confidential information, (ie SSI number, full name, drivers license number, home address, not only for myself but for all who filled out a visitors application ) and confidential Medical Records have been breached due to negligence by CDCR & California Correctional Health Care Services.

5. Administrative Remedies:
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?  ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. There are NO Administrative Remedies because it occured outside of this prison.

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: __U.S. Const. IV Amendment violation__.

2. Claim II. Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: __Cal. H&S Code Violation__

3. Supporting Facts. State as briefly as possible the FACTS supporting Claim II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   California Correctional Health Care Services allowed an unencrypted laptop to be removed from the jobsite, and, in violation of the U.S. Constitutional IV Amendment to secure my information and papers, and California Health and Safety Code Section 1280.15, did not notify the petitioner within 15 business days, while having exposed my Confidential Medical and Custodial Records to theft, a violation of Cal. Civ. Code 56.10 and the California Privacy Act.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).

   My Confidential information, and all who filled out a visiting application inclusive of my Social Security number, Drivers License number, D.O.B., vital statistics and my custodial information has been breached and stolen leaving myself and everyone who filled out a visiting application over the last 30 years open to identity theft

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __California Correctional Health Care Services & CDCR broke both California Law & U.S. Constitutional Provisions and did so__ at the highest level & did so beyond the scope of any Administrative appeal because the damages go beyond prison walls.

4.

# CLAIM III

1. State the constitutional or other federal civil right that was violated: _____

2. Claim III. Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Claim III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

N/A

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?  ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking: Petitioner seeks relief prescribed by law for the Violation of my Constitutional Right to be secure within the Confidentiality of my MEDICAL RECORDS; also seeking monetary relief under California Civil Code 56.35, in the sum of 24,999, plus court fees as also prescribed under Cal. Civ. Code Section 56.35, in addition an Administration fine under Cal. Health & Safety Code Section 1280.15 in the sum of 25,000.00 Twenty Five Thousand dollars

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/20/2016
            DATE

_Glenn Morrell_
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6